IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KINGRALE COLLINS**                                                                  **PLAINTIFF**

v.                                          **Case No. 4:23-cv-00706-KGB**

**JOSEPH L MAHONEY**, *et al*.                                        **DEFENDANTS**

**ORDER**

      The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). Plaintiff Kingrale Collins has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the proposed findings and recommendations should be, and hereby are, adopted in their entirety as this Court's findings in all respects (*Id*.). The Court dismisses without prejudice Mr. Collins's complaint for failure to prosecute (Dkt. No. 1). The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

      It is so ordered this 20th day of September, 2023.

                                                                         *[signature]*
                                                                       Kristine G. Baker
                                                                       United States District Judge